UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES –
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-01610-JWH (SPx) | Date | November 8, 2021 |
| Title | *Angel Romero v. Texas Roadhouse, Inc. et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   ORDER DENYING PLAINTIFF'S MOTION TO REMAND [ECF No. 16] (IN CHAMBERS)**

The Court has reviewed the motion of Plaintiff Angel Romero to remand this action to state court.[1]

This Court's Local Rules require "counsel contemplating the filing of any motion first [to] contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." L.R. 7-3. Such a "conference shall take place at least seven (7) days prior to the filing of the motion." *Id*. The Local Rules further provide that the "Court may decline to consider a motion unless it meets the requirements of L.R. 7-3 through 7-8." L.R. 7-4.

This Court expects and requires strict compliance with the Local Rules. Here, it appears that Plaintiff's counsel failed to engage in ***any*** Conference of Counsel before filing the Motion, as required by L.R. 7-3. In fact, Plaintiff's counsel never attempted to meet and confer, and a Conference of Counsel never

---

[1]   Pl.'s Mot. to Remand (the "Motion") [ECF No. 16].

took place.[2]  Plaintiff incorrectly argues that "[t]he law does not require the Plaintiff to undertake futile acts, and meeting and conferring over a frivolous notice of removal is a futile act."[3]  As Defendants rightly point out, "even in the face of a unilaterally perceived futility, Plaintiff is still required to make an effort 'to reach a resolution with eliminates the necessity for a hearing . . . .'"[4]

Accordingly, pursuant to L.R. 7-4, the Court declines to consider the Motion.  The Court admonishes counsel henceforth to comply strictly with all Local Rules, including L.R. 7-3.

The Court hereby **DENIES** Plaintiff's Motion under L.R. 7-4, for failure to comply with L.R. 7-3.

**IT IS SO ORDERED.**

---

[2]  Defs.' Opp'n to the Motion (the "Opposition") [ECF No. 17] at 5:9-14.

[3]  Pl.'s Reply in Support of the Motion [ECF No. 18] at 8:11-14.

[4]  Opposition at 5:21-23.